575 A.2d 542

**In re Nomination Petition of John P. KERSTEN, also known as Jhon P. Kersten.**

**Appeal of John A. ZANELLA, Objector.**

Supreme Court of Pennsylvania.

Argued April 6, 1990.

Decided April 27, 1990.

Dissenting Opinion May 17, 1990.

William Martin Sloan, Karen M. Balaban, for appellant.

George O. Wagner, Danville, Pa., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is affirmed. Opinion to follow, 525 Pa. 65, 575 A.2d 542.

CAPPY, J., did not participate in the consideration or decision of this matter.

McDERMOTT, J., files a dissenting opinion in which LARSEN, J., joins.

McDERMOTT, Justice, dissenting.

The affidavit here was defective. The affidavit to the petition is to protect the integrity of the election process. The argument that the candidate was not prejudiced is irrelevant to that consideration. *See Citizens Committee to Recall Rizzo v. Board of Elections of Philadelphia*, 470 Pa. 1, 367 A.2d 232 (1976); *In Re Nomination Petition of Cianfrani*, 467 Pa. 491, 359 A.2d 383 (1976).

LARSEN, J., joins this dissenting opinion.